IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-818-KDB-DCK

| ROBERT HAMILTON, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| ALLY FINANCIAL INC. and ALLY BANK, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) filed by Local Counsel Edward F. Hennessey IV on September 30, 2024.

Applicant Matthew A. Schwartz seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) is **GRANTED**. Matthew A. Schwartz is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: September 30, 2024

David C. Keesler
United States Magistrate Judge